UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* MARK McGUIRE,<br><br>   Plaintiffs,<br><br>   v.<br><br>MILLENNIUM LABORATORIES, INC.,<br><br>   Defendant. | No. 12cv10132-NMG<br>**(UNDER SEAL)** |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* RYAN UEHLING,<br><br>   Plaintiffs,<br><br>   v.<br><br>MILLENNIUM LABORATORIES, INC., *et al.*,<br><br>   Defendants. | No. 12cv10631-NMG<br>**(UNDER SEAL)** |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* WENDY JOHNSON,<br><br>   Plaintiffs,<br><br>   v.<br><br>MILLENNIUM LABORATORIES, INC.,<br><br>   Defendant. | No. 12cv12387-NMG<br>**(UNDER SEAL)** |
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* OMNI HEALTHCARE, INC., and JOHN DOE, | |

*Motion allowed.* /s/ NMGorton, USDJ 10/16/15

|  |  |  |
|---|---|---|
| Plaintiffs, | ) | No. 13cv10825-NMG |
|  | ) | **(UNDER SEAL)** |
| v. | ) |  |
|  | ) |  |
| MILLENNIUM LABORATORIES, INC., | ) |  |
| *et al.*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |
| UNITED STATES OF AMERICA *ex rel.* | ) |  |
| ALLSTATE INSURANCE COMPANY and | ) |  |
| LAWRENCE K. SPITZ, M.D., | ) |  |
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| v. | ) | No. 14cv14276-NMG |
|  | ) | **(UNDER SEAL)** |
| MILLENNIUM LABORATORIES, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## GOVERNMENT'S NOTICE OF SETTLEMENT AND
## MOTION TO UNSEAL SPECIFIED DOCUMENTS

On October 16, 2015, the United States, Millennium Health, LLC, f/k/a Millennium Laboratories, Inc. ("Millennium" or the "Company"), and the Relators, executed a Settlement Agreement in the above-captioned matters. The United States therefore respectfully requests that the following documents promptly be unsealed: (i) the Relators' complaints in the above-captioned matters; (ii) the United States' Notice of Election to Intervene in Part and Decline to Intervene in Part, filed on December 19, 2015; and (iii) the United States' Complaint in Intervention, filed on March 20, 2015. The United States also requests the lifting of the seal as to this and all other pleadings filed on and after this date.

The United States further requests that all other papers on file in this action remain under seal because, in discussing the content and extent of the United States' investigation, such papers

2

are provided to the Court alone under 31 U.S.C. § 3730(b)(3) for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

In order to effectuate the Settlement Agreement with the United States, Millennium will undergo a corporate restructuring. Under the terms of the Settlement Agreement, Millennium is required to make full payment to the United States upon consummation of Millennium's corporate restructuring, and in no event later than December 30, 2015. Pursuant to the Settlement Agreement, the United States and the Relators shall seek dismissal of the United States' and Relators' complaints, except with respect to certain claims reserved by the Settlement Agreement as described below, ninety-one (91) days after the United States' receipt of the full settlement amount. Accordingly, the United States shall file a notice with the Court on or before January 4, 2016, informing the Court: (i) as to whether Millennium has made full payment to the Government as outlined in the Settlement Agreement; and (2) the date on which the Government and the Relators will file their notices of dismissal.

Finally, the United States has agreed with the Relators to pay a total share of fifteen percent (15%) of any payments made by Millennium to the United States, under certain terms and conditions set out in the Settlement Agreement; however, because the Relators have yet to reach agreement amongst themselves regarding allocation of that relator share award, that issue remains to be resolved by the Court. The Relators also have not resolved their claims against the Company for attorneys' fees, costs and expenses under 31 U.S.C. § 3730(d) or any analogous provisions under state false claims statutes, nor for retaliation under § 3730(h) or state retaliation laws; those issues also remain to be resolved by the Court.

A proposed order accompanies this application.

3

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

CARMEN M. ORTIZ
United States Attorney

By: /s/ Abraham R. George

ABRAHAM R. GEORGE, BBO# 668949
GEORGE B. HENDERSON, II, BBO# 230185
Assistant U.S. Attorneys
John J. Moakley U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3152
(617) 748-3272
*abraham.george@usdoj.gov*
*george.henderson2@usdoj.gov*

MICHAEL D. GRANSTON
TRACY L. HILMER
DOUGLAS J. ROSENTHAL
AUGUSTINE M. RIPA
U.S. Department of Justice
Civil Litigation Branch
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
(202) 305-2073
(202) 305-4033

Dated: October 16, 2015

4

## CERTIFICATE OF SERVICE

      I hereby certify that on this date a true and correct copy of the foregoing document was served via electronic mail (by agreement) on:

J. Marc Vezina
Monica P. Navarro
Michelle D. Bayer
280 N. Old Woodward Ave., Suite LL20
Birmingham, MI 48009
jmv@vezinalaw.com
mnavarro@vezinalaw.com

Thomas M. Greene
Michael Tabb
GREENE LLP
One Liberty Square, Suite 1200
Boston, MA 02109
tgreen@greenellp.com
matabb@greenellp.com

Michael E. Mone
Patricia L. Kelly
C. William Barrett
Catherine A. Ryan
ESDAILE, BARRETT & ESDAILE
75 Federal Street
Boston, MA 02110
MMone@ebelaw.com
PKelly@ebelaw.com
BBarrett@ebelaw.com
CRyan@ebelaw.com

Suzanne E. Durrell
DURRELL LAW OFFICE
180 Williams Avenue
Milton, MA 02186
Suzanne.durrell@verizon.net

Joel M. Androphy
Sarah M. Frazier
Noelle C. Letteri
BERG & ANDROPHY
3704 Travis Street
Houston, TX 77002
JAndrophy@bafirm.com
SFrazier@bafirm.com
AGargour@bafirm.com

Robert M. Thomas, Jr.
THOMAS & ASSOCIATES
Federal Reserve Building
600 Atlantic Avenue, 12th Floor
Boston, MA 02210
rmt@thomasandassoc.net

Richard D. King, Jr.
Nathan A. Tilden
Jacquelyn A. McEttrick
SMITH & BRINK P.C.
350 Granite St., Suite 2303
Braintree, MA 02184
RKing@smithbrink.com
NTilden@smithbrink.com
JMcettrick@smithbrink.com

Elaine Stromgren
JAMES, HOYER, NEWCOMER &
SMILJANICH, P.A.
One Urban Center, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609-2589
estromgren@jameshoyer.com

Dated: October 16, 2015

_____
Abraham R. George
Assistant U.S. Attorney